IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC
SEP 1 0 2009
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES OF AMERICA

vs.

Tommy Jemacco McCrorey          Docket No.: 3:04CR00278-1

### REQUEST FOR ITEMS TO BE DESTROYED

Tommy Jemacco McCrorey was sentenced by Your Honor on 03/30/2006 to 51 months imprisonment, followed by 3 years Supervised Release.

On 11/13/2008, while the defendant was on Supervised Release, USPO John Holiday and USPO Tim Goodman confiscated one (1) gold in color pipe with reside of marijuana from the defendant's residence. The pipe was located in plain view of the defendant's kitchen. At the time of the confiscation, the defendant's cousin Quanika Davis was present.

At this time, I respectfully request that the evidence seized be destroyed under the guidelines of the Bureau of Alcohol, Tobacco, Firearms and Explosives (BATFE), and the Administrative Office of the U.S. Courts (AO).

If Your Honor concurs, please sign.

Pursuant to the above report, it is ordered that the aforementioned items be destroyed.

Dated this ___8___ day of ___Sept___, 2009.

Robert J. Conrad, Jr.
Chief United States District Court Judge